IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CIRO CASTELAN JAIMES,  §
§
*Petitioner*,  §
§
v.  §  No. 1:26-CV-01664-DAE
§
MARKWAYNE MULLIN, *et al*.,  §
§
*Respondents*.  §
§

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner  Ciro Castelan Jaimes's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. #

1), Federal Respondents' Response (Dkt. # 5), and Petitioner's Reply (Dkt. # 6).

The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before Tuesday, July**

**7, 2026**, Petitioner shall file supplemental briefing with answers to the following

questions:

1. Petitioner indicates he was encountered by ICE after he pled guilty to Tex. Pen. Code 42.03(c).  Please provide further details for the Court on the circumstances surrounding Petitioner's apprehension by immigration authorities.

2. Was this charge Petitioner's only criminal history?  If there is additional criminal history, please describe and indicate whether any charges remain pending.

1

3. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 30, 2026.

_____
David Alan Ezra
Senior United States District Judge

2