IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CIRO CASTELAN JAIMES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | 1:26-CV-01664-DAE |
| | § | |
| MULLIN, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

**ORDER**

On August 31, 2026, the Court entered an order granting Petitioner's Habeas Petition. (Dkt. # 10.) That Order was filed in error and is hereby **WITHDRAWN**. (Dkt. # 10.)

**IT IS SO ORDERED.**

**DATED**: August 31, 2026

______________________________
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE